UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SANDOZ INC.,

                      Plaintiff(s),                      **ORDER**

       - against -                       20 Civ. 6943 (NSR)

MEDWIZ SOLUTIONS, LLC et al.,

                      Defendant(s),

and Third-Party action.
---------------------------------------------------------------X
NELSON S. ROMÁN, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

        In light of the settlement reached in principle, Third-Party Defendant FedEx Supply Chain, Inc. Motion to Dismiss and Plaintiff Sandoz's Motion to Amend the complaint are both deemed dismissed without prejudice as moot. Clerk of Court is requested to terminate the motions at ECF Nos. 90 and 122.

SO ORDERED.

Dated:     White Plains, New York
             July 11, 2023

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/11/2023__